1 | MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702

4 | Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. CV 08 2085

Plaintiff,

v.                                                    COMPLAINT
                                            (Student Loan\Debt Collection Case)
KIMBERLY E. BRASS aka KIMBERLY BRASS aka KIMBERLY E. MCGEE,

Defendant(s).

Plaintiff, through its attorney, alleges:

1. <u>Jurisdiction:</u> The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2. Defendant resides in the Northern District of California.

3. Defendant owes plaintiff $2,580.79, plus additional interest according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $2,580.79, additional interest to the date of judgment, attorney's fees in the amount of 33.33% of the debt, and court costs.

Date: April 18, 2008

LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

|  |  |
|---|---|
| Name: | KIMBERLY E. BRASS |
| AKA: | KIMBERLY BRASS |
| Address: | 1278 GARDEN ST. |
|  | PALO ALTO, CA 94303 |
| SSN: | -  -6906 |

Total debt due United States as of 01/26/98: $3,945.01

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $2,580.79 from 01/26/98 at the annual rate of 8%. Interest accrues on the principal amount of this debt at the rate of $.57 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 06/02/86 the debtor executed promissory note(s) to secure loan(s) from EDUCATIONAL FUNDING SERVICES, INC., NEWPORT BEACH, CA under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 07/01/88 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $116.06 thereby increasing the principal balance due to $2,580.79.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $2,580.79 |
| Interest: | $1,364.22 |
| Administrative/Collection Costs: | $    0.00 |
| Penalties: | $    0.00 |

CERTIFICATION: Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

January 28, 1998
(Date)

Richard Ditewig
Loan Analyst
Litigation Branch

EXHIBIT A