| Attorney or Party without Attorney:<br>Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510 523-4702    FAX No: 510 747-1640 | | | | For Court Use Only<br><br>**FILED**<br>JUL 15 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>USA v Brass aka McGee | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT | | | | |
| Plaintiff: United States of America | | | | |
| Defendant: Kimberly E. Brass aka Kimberly Brass aka Kimberly E. McGee | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-2092 SLM  2085 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; ECF Registration Information Handout

3. a. Party served:    Kimberly E. Brass aka Kimberly Brass aka Kimberly E. McGee

4. Address where the party was served:    788 Avelar Street
   East Palo Alto, CA 94303

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 09, 2008 (2) at: 8:38PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. Kris Vorsatz
   b. **S&R Services**
   851 Cherry Avenue #27-105
   San Bruno, CA 94066
   c. (650) 794-1923, FAX (650) 794-1943

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:    $55.00
   e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.:    1160
   (iii) County:    Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jul. 10, 2008

K. Vorsatz
(Kris Vorsatz)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**SUMMONS & COMPLAINT**

micos.5198