1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**
AUG 1 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KIMBERLY E. BRASS aka KIMBERLY BRASS
aka KIMBERLY E. MCGEE,

        Defendant.
_____/

NO. CV 08 2085 SLM

REQUEST TO ENTER DEFAULT

To:   Richard W. Wieking, Clerk
      United States District Court
      Northern District of California

      PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 7, 2008      By: _____
                                       MICHAEL COSENTINO
                                       Attorney for Plaintiff