|   |   |
|---|---|
| 1 | MICHAEL COSENTINO, State Bar No. 83253 |
|   | Attorney at Law |
| 2 | P.O. Box 129 |
|   | Alameda, CA 94501 |
| 3 | Telephone: (510) 523-4702 |
| 4 | Attorney for Plaintiff |
|   | United States of America |

**FILED**

AUG 1 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

KIMBERLY E. BRASS aka KIMBERLY BRASS aka KIMBERLY E. MCGEE,

          Defendant.
_____/

Case No. CV 08 2085 SLM

PROOF OF SERVICE

See attached list:

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On August 7, 2008, I served the

**REQUEST TO ENTER DEFAULT,
DECLARATION FOR JUDGMENT ON DEFAULT, and
[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

KIMBERLY E. BRASS aka KIMBERLY BRASS aka KIMBERLY E. MCGEE
788 AVELAR STREET
EAST PALO ALTO, CA 94303

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2008 at Alameda, California.

_____
MICHAEL COSENTINO