**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 21, 2008

RE:  <u>CV 08-02085 SLM</u>      <u>USA-v- KIMBERLY E BRASS</u>

Default is entered as to Kimberly E. Brass on 8/21/08.

                              RICHARD W. WIEKING, Clerk

                              by<u>Gloria Acevedo</u>  
                              Case Systems Administrator

NDC TR-4  Rev. 3/89