1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA              NO. CV 08 2085 SLM

12              Plaintiff,
                                           JUDGMENT ON DEFAULT
13      v.

14  KIMBERLY E. BRASS aka KIMBERLY BRASS   ENTERED IN CIVIL DOCKET  8-21-08
    aka KIMBERLY E. MCGEE,
15
                Defendant.
16  _____/

17      In the above entitled action, the defendant KIMBERLY E. BRASS aka KIMBERLY

18  BRASS aka KIMBERLY E. MCGEE having been duly served with the Summons and a

19  copy of the Complaint in the action, and the defendant having failed to appear, answer,

20  plead, or otherwise defend in the action within the time allowed by law, or at all, and default

21  having been duly entered; and it further appearing that plaintiff's claim against the

22  defendant is for a sum certain and for interest which can by computation be made certain

23  and for costs; and, it further appearing that a declaration on behalf of the plaintiff required

24  by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in

25  accordance with the prayer of the Complaint, and also setting forth that defendant is not an

26  infant or incompetent person or in the military service of the United States within the

27  meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise

28  entitled to the benefits of said Act, and praying that Judgment be entered herein.

1  NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

2  IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
3  and from the defendant, KIMBERLY E. BRASS aka KIMBERLY BRASS aka KIMBERLY E.
4  MCGEE, the sum of $7,033.10 as principal, interest, attorney fees, and costs; interest from
5  the date of this judgment at the current legal rate per annum, pursuant to the provisions of
6  28 USC Sec. 1961(a)which will be compounded annually pursuant to the provisions of 28
7  U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

9  JUDGMENT ENTERED: 8-21-08

11  RICHARD W. WIEKING, Clerk
United States District Court

Deputy Clerk
GLORIA ACEVEDO